# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY D. FROEMEL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA STATE SUPERIOR COURTS, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01289-JDP<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On May 14, 2019, we screened plaintiff's complaint and issued findings and recommendations to dismiss this case. ECF No. 10. On June 3, 2019, plaintiff filed a notice of voluntary dismissal. ECF No. 11. Accordingly, we hereby direct the clerk of court to close this case. *See* Fed. R. Civ. P. 41(a).

IT IS SO ORDERED.

Dated: July 2, 2019 _____
UNITED STATES MAGISTRATE JUDGE

No. 204